**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RODNEY G. HAWORTH,

     Plaintiff,

v.                               Case No. 3:08cv514/MCR/MD

ANCHORS REALTY OF SOUTH
WALTON, INC., et al.,

     Defendants.

_____/

**O R D E R**

     This cause is before the court upon the Stipulated Motion for Dismissal with Prejudice of Claims Against Defendant Regions Bank, d/b/a Regions Mortgage f/k/a AmSouth Bank. (Doc. 132). Upon consideration, the motion is GRANTED and the claims against Defendant Regions Bank, d/b/a Regions Mortgage f/k/a AmSouth Bank are hereby **DISMISSED** with prejudice, each party to bear their respective costs.

     **ORDERED** on this 16th day of April, 2009.


                      *s/ M. Casey Rodgers*

                    **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**