## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

RODNEY G. HAWORTH

     VS                                                                                                     CASE NO. 3:08cv514-MCR/MD

ANCHORS REALTY OF SOUTH
WALTON INC

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on May 11, 2009
Motion/Pleadings: DEFAULT against ANCHORS REALTY OF SOUTH WALTON INC
Filed by clerk on 4/22/2009 Doc.# 138
RESPONSES:

                                                   on                 Doc.#
                                                   on                 Doc.#

____ Stipulated   ____ Joint Pldg.
____ Unopposed    ____ Consented

                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      /s/ *C. Justice*
LC (1 OR 2)                       Deputy Clerk

### ORDER

     The clerk entered a default against Defendant Anchors Realty of South Walton, Inc., on April 22, 2009. In light of the "Stipulated Motion for Dismissal with Prejudice of Claims Against Defendant Anchors Realty of South Walton, Inc.," filed May 8, 2009, the court finds good cause for *sua sponte* setting aside the default. *See Anheuser Busch v. Philpot*, 317 F.3d 1264, 1267 (11th Cir. 2003)(entry of default that provided neither relief nor damages was not a final default judgment and could be set aside *sua sponte* by the court for "good cause").

     **DONE and ORDERED** this 12th day of May, 2009.

Entered On Docket: _____ By: /s/ *M. Casey Rodgers*
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____
                                                *M. CASEY RODGERS*
                                         *UNITED STATES DISTRICT JUDGE*

Document No.